NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**ERIC M. SANDERS,**
*Plaintiff-Appellant,*

v.

**HAROLD H. FLANDERS,**
*Defendant-Appellee.*

---

2012-1394

---

Appeal from the United States District Court for the Western District of Texas in case no. 10-CV-0192, Judge Lee Yeakel.

---

## ON MOTION

---

## ORDER

Susan S. Vance moves to withdraw as counsel of record for defendant-appellee, Harold H. Flanders.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. New counsel should promptly file an entry of appearance.

ERIC SANDERS V. HAROLD FLANDERS                                    2

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk


s21